COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE     DATE: 2/3/06
❏ BOND HEARING
❏ DETENTION HEARING     DIGITAL Recording : 4:01 - 4:02
❏ PRELIMINARY (EXAMINATION)(HEARING)     4:13 - 4:22
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON     **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 2:06mj15-VPM     **DEFENDANT NAME:** Joseph Andre Portier
**AUSA:** Todd Brown     **DEFT. ATTY:** Samuel Walker
    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( x ) FPD
**PTSO:** Ron Thweatt     **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest _____ or √ Arrest Rule 40  2/3/06 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ❏ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| ❏ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | **BOND EXECUTED** (M/D AL charges) $. |
| ❏ | **BOND EXECUTED** (R. 40) - deft to report to originating district as ordered |
| √ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❏ preliminary hearing; √ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏ Set for |
| ❏ | DISCOVERY DISCLOSURE DATE: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | WAIVER of Speedy Trial. CRIMINAL TERM: |